# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JEAN W. HINDLE,

    Plaintiff,

v.                                          CASE NO. 4:09cv422-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER DIRECTING THE COMMISSIONER TO GRANT THE PLAINTIFF'S APPLICATION FOR BENEFITS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 29. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision denying the plaintiff's application for disability benefits is REVERSED. The Commissioner must grant the plaintiff's application for benefits. The clerk must enter judgment and close the file.

SO ORDERED on November 9, 2010.

                                                     s/Robert L. Hinkle
                                                     United States District Judge