**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JEAN W. HINDLE,**

    **Plaintiff,**

**vs.**                                          **Case No. 4:09cv422-RH/WCS**

**MICHAEL J. ASTRUE,
Commissioner of Social Security,**

    **Defendant.**
_____/

**REPORT AND RECOMMENDATION**

Pending is Plaintiff's Petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) representing attorney fees in the amount of $6,049.99, costs in the amount of $350.00, and expenses in the amount of $109.68. Doc. 32. Defendant has now filed a response to the petition. Doc.34. Defendant advises that after conferring with Plaintiff that the Plaintiff has represented that she will not seek the $91.06 in copying and binding fees, and subject to that caveat, they do not object to the amounts sought. In accordance with Astrue v. Ratliff, 130 S.Ct. 2521, 2010 WL 2346547 (June 14, 2010) (No. 08-1322), the EAJA fee should be made payable to Plaintiff, not to Plaintiff's attorney, and may be subject to debts owed the United States.

The Commissioner has no objection to the request that the fees be payable to Plaintiff but mailed to Plaintiff's counsel's office. Plaintiff refers to an order in a recent case in this district, case number 5:09cv189, that orders Plaintiff to pay the fee over to Plaintiff's attorney within seven days of receipt. It would be better simply to place the check in the custody of Plaintiff's attorney and let Plaintiff's attorney and Plaintiff work out the disposition according to their agreement, without this court's involvement.

Accordingly, it is **RECOMMENDED** that Plaintiff's Petition for attorney's fees, doc. 32, be **GRANTED** and the court **ORDER** that the Secretary certify and pay to Plaintiff $6,049.99 as a reasonable attorney fee and $18.62 as expenses in reimbursement for service of process fees as an EAJA fee, and that the Commissioner separately pay Plaintiff $350.00 costs, as reimbursement for the Court's filing fee.

It is further **RECOMMENDED** that the court **ORDER** that the fee, expenses, and costs herein ordered be sent to the office of Plaintiff's attorney.

**IN CHAMBERS** at Tallahassee, Florida, on February 16, 2011.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**