# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JEAN W. HINDLE,

      Plaintiff,

v.                                         CASE NO.  4:09cv422-RH/WCS

MICHAEL J. ASTRUE,

      Defendant.

_____/

## ORDER AWARDING FEES, EXPENSES, AND COSTS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 35.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The plaintiff's motion for attorney's fees, ECF No. 32, is GRANTED.  The Secretary must pay to plaintiff $6,049.99 as attorney's fees, $18.62 for service-of-process expenses under the Equal Access to Justice Act, and $350.00 for

the filing fee as costs, for a total of $6,418.61.

SO ORDERED on March 21, 2011.

s/Robert L. Hinkle
United States District Judge