# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JEAN W. HINDLE,

    Plaintiff,

vs.                                    Case No. 4:09cv422-RH/CAS

MICHAEL J. ASTRUE,
**Commissioner of Social Security,**

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Pending is Plaintiff's application for attorney's fees pursuant to 42 U.S.C. § 406(b)(1). Doc. 37. These fees are to be paid from Plaintiff's award of benefits. Plaintiff was awarded $80,077.00 in past-due benefits.[1] *Id.* Plaintiff's attorney had a contingent fee contract with Plaintiff, to be paid 25% of past-due benefits awarded if Plaintiff were successful. Plaintiff's attorney now seeks a fee of 25% of the past-due benefits awarded. That fee would be $20,019.25. Plaintiff's attorney has received $6,049.99 for work before the Commissioner (doc. 36), so the net § 406(b)(1) fee

---

[1] Plaintiff's counsel incorrectly advised in her application, doc. 37, that the Plaintiff was awarded benefits in the amount of $70,077.00. The Defendant has filed an amended response advising that the actual amount of benefits awarded was $80,077.00. *See* doc. 40.

sought here is $13,969.26.   Defendant filed a response, doc. 38, and an amended response, doc. 40, and does not object.

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's application for attorney's fees pursuant to 42 U.S.C. § 406(b)(1), doc. 37, be **GRANTED**, and the court **ORDER** the Commissioner to disburse $13,969.26 from Plaintiff's past-due benefits to Plaintiff's counsel.

**IN CHAMBERS** at Tallahassee, Florida, on April 30, 2012.

                         s/    Charles A. Stampelos
                         **CHARLES A. STAMPELOS**
                         **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**