# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JEAN W. HINKLE,

    Plaintiff,

v.                                      CASE NO. 4:09cv422-RH/CAS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's report and recommendation, ECF No. 41. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for attorney's fees, ECF No. 37, is GRANTED. The Secretary must pay attorney's fees of $13,969.26 to the plaintiff's attorney from the plaintiff's past due benefits.

SO ORDERED on June 1, 2012.

                                                s/Robert L. Hinkle
                                                United States District Judge